UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CADLEROCK JOINT VENTURE, L.P.,

                Plaintiff,        ORDER ADOPTING REPORT
                               <u>AND RECOMMENDATION</u>
      -against-               07-CV-1207 (JS)(WDW)

ALFREDO PRADO and JOHN DOE #1 THROUGH
JOHN DOE #10, the last ten names being
fictitious and unknown to plaintiff, the
persons or parties intended being the
tenants, occupants, persons or
corporations, if any, having or claiming
an interest in or lien upon the premises
described in the complaint,

                Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:         Jack Hassid, Esq.
                    460 Park Avenue, 10th Floor
                    New York, NY 10022

For Defendants:       No Appearances

SEYBERT, District Judge:

        Upon review of the Report and Recommendation ("Report")

of Magistrate Judge William D. Wall issued September 3, 2008, to

which no party has objected, the Court hereby ADOPTS the Report in

its entirety.

        Pursuant to Rule 72 of the Federal Rules of Civil

Procedure any objections to the Report were to be filed with the

Clerk of the Court within ten days of service of the Report.  The

time for filing objections has expired and no Party has objected.

Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that damages be awarded totaling $247,134.20, plus additional per diem interest of $31.78 from September 1, 2008 until the date of entry of judgment.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     Central Islip, New York
           October 7, 2008